# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMS-OSRAM INTERNATIONAL GMBH,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN MEIZHI OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br>Defendant. | Civil Action No. _____<br><br>COMPLAINT FOR PATENT INFRINGEMENT, PERMANENT INJUNCTION, AND DAMAGES<br><br>JURY TRIAL DEMANDED |

For its complaint against defendant Shenzhen Meizhi Optoelectronics Technology Co., Ltd. ("Defendant") for patent infringement, plaintiff ams-OSRAM International GmbH ("ams OSRAM"), by and through its undersigned counsel states:

## THE PARTIES

1. ams OSRAM is a subsidiary of ams-OSRAM AG. The ams OSRAM group is a global leading provider of lighting and sensor technology solutions.

2. ams OSRAM is the owner of all rights and interest in U.S. Patent No. 8,431,937 ("the '937 patent"), U.S. Patent No. 8,816,375 ("the '375 patent"), U.S. Patent No. 10,164,143 ("the '143 patent"), U.S. Patent No. 10,629,486 ("the '486 patent"), U.S. Patent No. 11,398,586 ("the '586 patent"), and U.S. Patent No. 11,437,540 ("the '540 patent").

3. On information and belief, Defendant is an entity having a place of business at No. 49, Changjiangpu Rd., Yuanshan St., 301 & 101, Bldg. D, Jingtie Industrial Park, Longgang, Shenzhen, China 518000.

4. On information and belief, Defendant is also known as Shenzhen Mei Zhi Guangdian Ltd. having a place of business at No. 49, Changjiangpu Rd., Yuanshan St., 301 & 101, Bldg. D, Jingtie Industrial Park, Longgang, Shenzhen, China 518000. "Shenzhen Mei Zhi Guangdian" presented in Chinese characters is translated approximately to "Shenzhen Meizhi Optoelectronics."

5. The earliest U.S. trademark registration for the trademark SPIDER FARMER (Reg. No. 52126247) was registered in Class 11 with a filing date of Sept. 13, 2016, to owner Hu Dongwen. The registration was assigned to Wenhua Hu on Nov. 11, 2019.

6. On information and belief, Defendant manufactures lighting products in Shenzhen, China and imports them into the United States.

7. On information and belief, Defendant sells its products throughout the United States via its website at <www.spider-farmer.com>, as well as on Amazon.com and other online platforms and through brick-and-mortar locations.

8. On information and belief, Defendant distributes its products in the United States through several third-party warehouses operated by 4PX Express, including 1000 High St., Perth Amboy, New Jersey 08861, and 5650 Grace Place, Commerce, CA 90022.

9. On October 17, 2024, Defendant filed U.S. Trademark Application Serial No. 98806040 SPIDER FARMER in Class 20.

10. Defendant assigned this application to Wenhua Hu on Oct. 20, 2024. The assignment was signed by Dongwen Hu on behalf of Defendant.

11. On information and belief, Defendant operates a Google Play application for Android devices which lists a support email address domain as "@meizhiguangdian.com."

12. Defendant, through its associated website and third-party storefronts, advertises, and distributes its products including within this judicial district on a systemic and continuous basis, and is subject to personal jurisdiction in this judicial district.

## JURISDICTION AND VENUE

13. This is a civil action arising under the patent laws of the United States, *e.g.*, 35 U.S.C. §§ 271, 281, 283, 284, and 285. This court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

14. Venue is proper under 28 U.S.C. §§ 1391 and 1400(b), because the defendant is an alien, and an alien can be sued in any district court.

## FIRST CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 8,431,937

15. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–14 of this Complaint as though fully set forth herein.

16. On April 30, 2013, United States Letters Patent No. 8,431,937, entitled "SEMICONDUCTOR CHIP AND METHOD FOR PRODUCING A SEMICONDUCTOR CHIP," was duly and legally issued for inventions comprising systems and methods for light emission. ams OSRAM is the owner by assignment of the entire right, title, and interest in and to the '937 patent.

17. Defendant has been and still is directly infringing the '937 patent, for example, by offering for sale, selling, and importing the Spider Farmer SF1000 LM301H EVO LED Grow Light product, as described in the claim chart attached as Exhibit 1.

18. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

19. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

20. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '937 patent, ams OSRAM will be greatly and irreparably harmed.

## SECOND CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 8,816,375

21. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–20 of this Complaint as though fully set forth herein.

22. On August 8, 2014, United States Letters Patent No. 8,816,375, entitled "RADIATION-EMITTING SEMICONDUCTOR BODY, METHOD FOR PRODUCING A RADIATION-EMITTING SEMICONDUCTOR BODY AND RADIATION-EMITTING SEMICONDUCTOR COMPONENT," was duly and legally issued for inventions comprising

systems and methods for light emission. Plaintiff ams OSRAM is the owner by assignment of the entire right, title, and interest in and to the '375 patent.

23. Defendant has been and still is directly infringing the '375 patent, for example, by offering for sale, selling, and importing the Spider Farmer SF 1000 product, as described in the claim chart attached as Exhibit 2.

24. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

25. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

26. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '375 patent, ams OSRAM will be greatly and irreparably harmed.

## THIRD CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 10,164,143

27. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–26 of this Complaint as though fully set forth herein.

28. On December 25, 2018, United States Letters Patent No. 10,164,143, entitled "OPTOELECTRONIC SEMICONDUCTOR CHIP AND METHOD FOR PRODUCING OPTOELECTRONIC SEMICONDUCTOR CHIPS," was duly and legally issued for inventions

comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner by assignment of the entire right, title, and interest in and to the '143 patent.

29. Defendant has been and still is directly infringing the '143 patent, for example, by offering for sale, selling, and importing the Spider Farmer SF1000 LM301H EVO LED Grow Light product, as described in the claim chart attached as Exhibit 3.

30. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

31. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

32. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '143 patent, ams OSRAM will be greatly and irreparably harmed.

## FOURTH CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 10,629,486

33. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–32 of this Complaint as though fully set forth herein.

34. On July 17, 2018, United States Letters Patent No. 10,629,486, entitled "METHOD FOR PRODUCING A PLURALITY OF SEMICONDUCTOR CHIPS AND SEMICONDUCTOR CHIP," was duly and legally issued for inventions comprising systems and

methods for light emission. Plaintiff ams OSRAM is the owner by assignment of the entire right, title, and interest in and to the '486 patent.

35. Defendant has been and still is directly infringing the '486 patent, for example, by offering for sale, selling, and importing the Spider Farmer SF1000 LM301H EVO LED Grow Light product, as described in the claim chart attached as Exhibit 4.

36. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

37. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

38. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '486 patent, ams OSRAM will be greatly and irreparably harmed.

## FIFTH CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 11,398,586

39. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–38 of this Complaint as though fully set forth herein.

40. On July 26, 2022, United States Letters Patent No. 11,398,586, entitled "LIGHT-EMITTING SEMICONDUCTOR COMPONENT," was duly and legally issued for inventions

comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner by assignment of the entire right, title, and interest in and to the '586 patent.

41. Defendant has been and still is directly infringing the '586 patent, for example, by offering for sale, selling, and importing the Spider Farmer SF 1000 product, as described in the claim chart attached as Exhibit 5.

42. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

43. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

44. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '586 patent, ams OSRAM will be greatly and irreparably harmed.

## SIXTH CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 11,437,540

45. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–44 of this Complaint as though fully set forth herein.

46. On September 6, 2022, United States Letters Patent No. 11,437,540, entitled "COMPONENT HAVING METAL CARRIER LAYER AND LAYER THAT COMPENSATES FOR INTERNAL MECHANICAL STRAINS," was duly and legally issued for inventions

comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner by assignment of the entire right, title, and interest in and to the '540 patent.

47. Defendant has been and still is directly infringing the '540 patent, for example, by offering for sale, selling, and importing the Spider Farmer SF 1000 product, as described in the claim chart attached as Exhibit 6.

48. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

49. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

50. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '540 patent, ams OSRAM will be greatly and irreparably harmed.

## PRAYER FOR RELIEF

WHEREFORE, ams OSRAM prays for judgment against Defendant as follows:

1) A judgment that Shenzhen has infringed the '937, '375, '143, '486, '586, and '540 patents;

2) Damages sustained as a result of Shenzhen's infringement, in an amount to be determined but not less than a reasonable royalty;

3) An assessment of pre- and post-judgment interest on the damages so computed;

4)	A permanent injunction against future infringement by Shenzhen and all other persons or entities acting or attempting to act in active concert or participation with it or acting on its behalf; and

5)	Such other and further relief as the Court may deem just and proper under the circumstances.

## JURY TRIAL DEMAND

Plaintiff ams OSRAM requests a jury to hear and decide all issues and claims so triable.

Dated:   August 11, 2025

Respectfully Submitted,

By: */s/ William D. Belanger*
William D. Belanger
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue
9th Floor
Boston, MA 02199
(617) 239-0100
william.belanger@troutman.com

*Attorneys for Plaintiff,
ams-OSRAM International GmbH*